H. Nelson Meeks CBN #175800
LAW OFFICES OF H. NELSON MEEKS
870 Market Street, Suite 975
San Francisco, CA 94102
Telephone:   (415) 989-9915
Facsimile:    (415) 989-9914
nelsonmeeks@cs.com

Attorney for Plaintiff
IRENA ROTBART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRENA ROTBART,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC. and DOES 1-50, inclusive<br><br>　　　　　Defendants. | Case No: 3:09-cv-01482-JL<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS AND CONTINUATION OF CASE MANAGEMENT CONFERENCE |

　　　　WHEREAS, defendant T-Mobile USA, Inc. ("Defendant") has filed a motion to dismiss and/or strike now set to be heard on July 15, 2009, and plaintiff Irena Rotbart ("Plaintiff") seeks an expansion of time to file a response;

　　　　WHEREAS, a case management conference is also set for July 15, 2009;

　　　　WHEREAS, Plaintiff has indicated that she will stipulate to damages under $75,000 and thereon the parties are now in discussion regarding the possibility of remand to state court;

　　　　It is hereby agreed by and between the parties herein, through their respective counsel, as follows:

　　　　1.　　Defendant's motion to dismiss/strike shall be continued to a date available to the court in September 2009.

　　　　2.　　The case management conference shall be continued to the same date.

3. Plaintiff's opposition to the continued hearing shall be due 30 days prior to that date with Defendant's reply due 14 days prior to the hearing.

4. All parties consent to this matter being heard before Magistrate Judge James Larson.

Dated: June 29, 2009                                     /s/
                                                         H. NELSON MEEKS
                                                         Attorney for IRENA ROTBART
                                                         Plaintiff

Dated: June 29, 2009                                     /s/
                                                         GAYLE ATHANACIO
                                                         Attorney for T-MOBILE USA, INC.
                                                         Defendant

## ORDER

The parties having stipulated and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant's motion to dismiss and/or strike, now set to be heard on July 15, 2009, is continued to September ~~10~~ 30, 2009 at 9:30 a.m.

2. The Case Management Conference, now set for July 15, 2009, is continued to September ~~10~~ 30, 2009 at 9:30 a.m.

3. Plaintiff's opposition to Defendant's motion to dismiss/strike shall be filed no later than 30 days prior to the continued hearing date.

4. Defendant's reply brief shall be filed no later than 14 days before the continued hearing date.

Dated: June 30, 2009

*[signature]*
Magistrate Judge James Larson
U.S. District Court