1  H. NELSON MEEKS (State Bar No. 175800)
   LAW OFFICES OF H. NELSON MEEKS
2  870 Market Street, Suite 975
   San Francisco, CA 94102
3  Telephone: (415) 989-9915
   Facsimile: (415) 989-9914
4  Email:     nelsonmeeks@cs.com

5  Attorney for Plaintiff IRENA ROTBART

6

7  GAYLE M. ATHANACIO (State Bar No. 130068)
   SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
8  San Francisco, CA 94105
   Telephone: (415) 882-5000
9  Facsimile: (415) 882-0300
   Email:     gathanacio@sonnenschein.com
10
   Attorneys for Defendant T-MOBILE USA, INC.
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16  IRENA ROTBART,                        CASE No. 3:09-cv-01482-JL

17         Plaintiff,                     STIPULATION AND [PROPOSED]
                                          ORDER REGARDING AMOUNT IN
18     vs.                                CONTROVERSY AND REMAND TO
                                          STATE COURT
19  T-MOBILE USA, INC. and DOES 1 - 50,
    inclusive,
20
           Defendants.
21

22

23

24

25

26

27

28

CASE NO. 3:09-CV-01482-JL                 STIPULATION AND [PROPOSED] ORDER REGARDING
                                          AMOUNT IN CONTROVERSY AND REMAND TO STATE COURT

1    Plaintiff Irena Rotbart ("Rotbart"), for herself, and Defendant T-Mobile USA, Inc. ("T-Mobile"), by and through their respective counsel of record, hereby stipulate as follows and respectfully request that the Court approve and give effect to their stipulation:

    1.   The present action entitled, *Irena Rotbart vs. T-Mobile USA, Inc. and Does 1-50*, was initially filed in San Francisco Superior Court, Case No. CGC 09-484134. Defendant T-Mobile thereafter timely removed this case to the United States District Court for the Northern District of California Case No. 09-1482 (the "Action") based on diversity jurisdiction and Plaintiff Rotbart's claim that the amount in controversy exceeded $75,000.

    2.   Plaintiff Rotbart now agrees that the total amount (including any damages, punitive damages, attorneys' fees, or other form of relief) that she can or will seek to recover in this Action, or in any other action, lawsuit or proceeding of any kind which is based upon or in any way related to any fact, transaction, claim or allegation contained in or related to the Action, is limited to no more than $75,000.00, if any.

    3.   Rotbart expressly waives any right she may have to any relief in excess of $75,000.00 which is based upon or in any way related to any fact, transaction, claim or allegation contained in or related to the Action. Rotbart intends that T-Mobile USA, Inc. shall rely upon this representation and waiver in agreeing to this stipulation.

    4.   This stipulation is binding upon Rotbart, as well as her attorneys, successors, assigns, heirs, legatees, devisees, estates, employees, servants, agents, partners, representatives, and all persons acting by, through, under or in concert with Rotbart or any of them.

    5.   In view of Rotbart's stipulation, the parties agree that this case may be remanded to the Superior Court of California for the County of San Francisco for further proceedings under Superior Court Case No. 09-484134. If this case is remanded, the parties agree that the hearing on the motion to dismiss and the case management conference set for September 30, 2009 should be vacated. The parties further agree that Defendant T-Mobile shall have 30 days after the remand is effected and the Superior Court notifies the parties it has assumed jurisdiction over this matter to respond to Plaintiff's complaint.

    6.   Signatures by facsimile or e-mail pdf shall be considered as originals.

- 1 -

CASE NO. 3:09-CV-01482-JL                    STIPULATION AND [PROPOSED] ORDER REGARDING
                                              AMOUNT IN CONTROVERSY AND REMAND TO STATE COURT

1   7. The parties agree to bear their own attorneys' fees and costs associated with this
2   Action, including its removal and remand.
3   IT IS SO STIPULATED.
4   Dated: July 31, 2009
5                                          By _Irena Rotbart_
                                                IRENA ROTBART
6

7
8   Dated: Aug 10, 2009                   LAW OFFICES OF H. NELSON MEEKS
9
10
                                           By _____
11                                             H. NELSON MEEKS
12
    Attorneys for Plaintiff
13  IRENA ROTBART

14  Dated: Aug 25, 2009                   SONNENSCHEIN NATH & ROSENTHAL LLP
15
16
                                           By _____
17                                             GAYLE M. ATHANACIO
18
    Attorneys for Defendant
19  T-MOBILE USA, INC.

20
21
22
23
24
25
26
27
28

## ORDER

The parties having stipulated and good cause appearing, IT IS HEREBY ORDERED that based upon Plaintiff Irena Rotbart's agreement not to seek damages, punitive damages, attorney's fees, or other form of relief that exceeds $75,000.00 in this Action or any other action or proceeding which is based upon or in any way related to any fact, transaction, claim or allegation contained in the Action, this matter is hereby remanded to the Superior Court of California for the County of San Francisco for further proceedings under Superior Court Case No. 09-484134. The hearing on Defendant's motion to dismiss and the case management conference set for September 30, 2009 is hereby vacated. Each party shall bear their own fees and costs.

Dated: September 8, 2009

By _____
MAGISTRATE JUDGE JAMES LARSON

27329273